UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SAMIR SOURI**<br>    Plaintiff,<br><br>v.<br><br>**DOMINION LAW ASSOCIATES, PLLC**<br>    Defendant, | Civil Action No. 1:13-cv-12532-RWZ |

### NOTICE OF SETTLEMENT

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated:  October 23, 2013

                                        RESPECTFULLY SUBMITTED:

                                        /s/ Kevin V. K. Crick
                                      Kevin V. K. Crick, Esq.
                                      Consumer Rights Law Firm, PLLC
                                      231 Sutton St., Suite 1A
                                      North Andover, MA 01845
                                      Phone: (978) 420-4747
                                      Fax: (978) 409-1846
                                      Email:  kevinc@consumerlawfirmcenter.com
                                      Attorney for Plaintiff

**PROOF OF SERVICE**

      I hereby certify that on October 23, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                 /s/ Kevin V. K. Crick, Esq.