UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAMIR SOURI
        Plaintiff

    V.

                                     CIVIL ACTION: 13CV12532-RWZ

DOMINION LAW ASSOCIATES
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                              OCTOBER 24, 2013

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                                  By the Court,

                                                                  s/ Lisa A. Urso
                                                                Deputy Clerk

30day.ord